■ TILLIE LEVINE, Respondent, v. B. C. D. REALTY CORP., Appellant.— In an action to recover damages for personal injuries, the appeal is from an order conditionally denying appellant's motion, pursuant to rule 156 of the Rules of Civil Practice, to dismiss the complaint for failure to prosecute. Order affirmed, without costs. No opinion. Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ., concur.

■ SIMON METRIK, Appellant, v. ROBERT C. LA BORDE et al., Respondents.— In an action to foreclose a mortgage on real property, the appeal is from an order denying appellant's motion for summary judgment striking out the answer, pursuant to rule 113 of the Rules of Civil Practice. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ., concur.

■ BELLA NAPHTALI, Appellant, and MATHIAS NAPHTALI, Appellant-Respondent, v. IRVING LAFAZAN, Respondent-Appellant.— On the stipulation of the parties, appeal from judgment, insofar as it is in favor of appellant-respondent against respondent-appellant on the fourth cause of action, withdrawn, without costs. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ. [7 Misc 2d 1057.]

■ ROSALIND E. PESHKIN, Respondent-Appellant, v. WILLIAM PESHKIN, Appellant-Respondent.— In an action by a wife for a separation, her husband appeals from a judgment entered after trial granting a separation and directing him to pay her $90 a week for her support and maintenance, commencing as of October 31, 1958, the date of the entry of the judgment. The wife appeals from so much of said judgment as limits to $90 a week the amount directed to be paid for her support and maintenance and as fails to provide that said payments commence as of March 15, 1958, the date she became unemployed. Judgment unanimously affirmed, without costs. No opinion. Present — Wenzel, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MORRIS WEISS, Appellant.— Appeal from a judgment of conviction rendered by the County Court of Kings County sentencing appellant, after he had been found guilty of robbery in the first degree, to serve from 30 to 60 years as a second felony offender. Judgment unanimously affirmed. No opinion. Present — Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ.

■ HARRY TOPP, Respondent, v. CASCO PRODUCTS CORP., Appellant.— In an action to recover damages for personal injuries, the appeal is from an order which denied appellant's motion to dismiss the complaint for respondent's unreasonable neglect to prosecute the action. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs. Respondent failed to present facts showing any reasonable excuse for his delay of more than three years after joinder of issue in bringing the cause on for trial, or to make an adequate, if any, showing of merits. The motion therefore should have been granted in the exercise of discretion even though respondent filed and served a note of issue after the notice of motion to dismiss had been served. (*Brassner Mfg. Co.* v. *Consolidated Edison Co. of N. Y.,* 1 A D 2d 840 and cases cited therein.) Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ., concur.